# Third District Court of Appeal
## State of Florida

Opinion filed June 7, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1420
Lower Tribunal No. 22-11450

————————

**Juan Enrique Madiedo,**
Appellant,

vs.

**Kimberly Whitaker, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Hernandez Law, P.L., and Andy R. Hernandez, for appellant.

Krinzman Huss Lubetsky Feldman & Hotte, Michael I. Feldman and Lynette Ebeoglu McGuinness, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.